# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JENNIFER ESPINOSA | ) | Case No. 22 B 06367 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:   CAROL A DOYLE |

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

JENNIFER ESPINOSA  
5706 N WASHTENAW AVE  
CHICAGO, IL 60659

THE SEMRAD LAW FIRM LLC  
via Clerk's ECF noticing procedures

Please take notice that on May 16, 2023 at 9:15 am., I will appear before the Honorable Judge CAROL A DOYLE or any judge sitting in the judge's place, **either** in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of trustee to dismiss for failure to make plan payments, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

> **To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID and passcode.
> **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
> **Meeting ID and passcode**. The meeting ID for this hearing is 161 155 8289 and the passcode is Doyle742. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on April 12, 2023.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper  
Chapter 13 Trustee  
55 E. Monroe St., Suite 3850  
Chicago, IL 60603  
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JENNIFER ESPINOSA | ) | Case No. 22 B 06367 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge:   CAROL A DOYLE |

## MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS

Now comes Thomas H. Hooper, Trustee and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(6), and in support thereof respectfully states the following:

On June 06, 2022 the debtor(s) filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 20, 2022 for a term of 45 months with payments of $540.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 10 | $2,919.00 | $1,298.00 | $1,621.00 |

A summary of the 3 most recent receipt items is set forth below:

Report Date: 04/12/2023
Due Each Month: $540.00
Next Payment Due: 05/06/2023

| Receipt Date | Ref Number | Amount |
|---|---|---|
| 10/13/2022 | 8755534000 | $(450.00) |
| 10/14/2022 | 8766562000 | $100.00 |
| 01/25/2023 | 8957181000 | $539.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ Thomas H. Hooper

Thomas H. Hooper, Trustee

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900